IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

JUL 05 2011

MICHAEL E. KUNZ, Clerk
By_____:____Dep. Clerk

UNITED STATES OF AMERICA

v.

JOSHUA PIETRI

CRIMINAL ACTION

NO. 2010-320-3

## O R D E R

**AND NOW**, this **5th day** of **July, 2011**, it is **Ordered** that the following defendant's motions are **DENIED as moot**.

1) The defendant's motion, **docket entry #65**, to suppress all statements given by defendants.

2) The defendant's motion, **docket entry #66**, to suppress out of court and in-court identifications.

3) The defendant's motion, **docket entry #67**, for early disclosure under 18 U.S.C. 3500(B).

4) The defendant's motion, **docket entry #68**, to compel disclosure of existence and substance of promises or immunity, leniency or preferential treatment.

5) The defendant's motion, **docket entry #69**, for order on government to give timely warning/notice of intent to present 404(b) evidence.

6) The defendant's motion, **docket entry #70**, to produce law enforcement interview reports or notes with individuals who will not be witnesses at trial.

7) The defendant's motion, **docket entry #71**, for discovery of exculpatory material.

8) The defendant's motion, **docket entry #72**, to dismiss for lack of jurisdiction (federal).

ATTEST:                    or    BY THE COURT

BY:_____      _Cleutz B Bru̶_____
       Deputy Clerk                  Judge

Civ 12 (9/83)

**XC: SPEEDY TRIAL**

Copies ECMF on _____to:          Copies mailed on _07-05-2011_ to:
                                        Joshua P. Otri, Apt. #3